## HUNT *v.* THE STATE.

APPEAL from the *Johnson* Court of Common Pleas. <span>*Friday, January* 15.</span>

HANNA, J. — Five persons were prosecuted for a riot.
One of them, the appellant herein, demanded to be tried
separately. On his separate trial he offered one of his co-
defendants, who was willing to testify, as a witness. He
was sworn, but objection being made by the prosecutor,
his testimony was excluded by the Court. This ruling
was erroneous. The third specification of § 90, 2 R. S. p.
372, makes accomplices competent witnesses when they
consent to testify. This statute certainly gives a defend-
ant upon trial separately, as in this case, the right to the
testimony of his co-defendant who is not yet upon trial.

Nov. Term, 1857.

What weight is to be given to the evidence, is a question for the jury. *Marshall* v. *The State*, 8 Ind. R. 498.—*Everett* v. *The State*, 6 *id.* 495.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*F. M. Finch*, for the appellant.